*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 18-BG-569

IN RE RICHARD MURRAY

An Inactive Member of the Bar of the
District of Columbia Court of Appeals                    DDN: 121-18

Bar Registration No. 39172

BEFORE: Glickman, Thompson, and Beckwith, Associate Judges.

### O R D E R
(FILED – August 2, 2018)

On consideration of the certified order revoking respondent's right to practice law in the state of Virginia by consent; this court's June 5, 2018, order suspending respondent pending resolution of this matter and directing him to show cause why the functionally identical reciprocal discipline of disbarment should not be imposed; the statement of respondent stating he does not oppose the imposition of reciprocal discipline; and the statement of Disciplinary Counsel; and it appearing that respondent has failed to file his required D.C. Bar R. XI, §14 (g) affidavit, it is

ORDERED that Richard Murray is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's disbarment will not begin to run until such time as he files a D.C. Bar R. XI, § 14 (g) affidavit.

**PER CURIAM**